JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>               Plaintiffs,<br><br>   v.<br><br>D K M ELECTRIC CO. INC., a California corporation,<br><br>               Defendant. | Case No.: EDCV 14-00857 VAP (DTBx)<br><br>ASSIGNED TO THE HONORABLE VIRGINIA A. PHILLIPS<br><br>[~~PROPOSED~~] JUDGMENT |

This action having been commenced on April 30, 2014, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant, D K M Electric Co., Inc. and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, shall recover, from Defendant, D K M Electric Co., Inc., the principal amount of $62,569.59, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from May 15, 2015, until the judgment is paid in full.

DATED: June 16, 2015

_____
UNITED STATES DISTRICT COURT JUDGE